JAMES BIGLER et al., Respondents, *v.* WILLIAM PINKNEY, Survivor, etc., Appellant.

(Argued January 26, 1880; decided February 24, 1880.)

·THIS action was tried before a referee. On settlement of the case, defendants requested the referee to find certain additional facts, which he refused. Defendants thereupon moved, at Special Term, that the case be sent back to the referee with directions to pass upon the proposed additional findings. The motion was denied, and the order thereon was affirmed at General Term, as was also the judgment on the referee's report. Defendants appealed to this court from the judgment and the order. The court here held, that further and more particular findings were necessary in order to test the correctness of the referee's conclusions, and that without them defendant could not well review the report.

Ordered, therefore, as stated below.

*Samuel Hand* for appellant.

*Eugene A. Brewster* for respondents.

DANFORTH, J., reads for reversal of judgment and order of the General Term, and order of Special Term denying defendants' motion to send the case back to the referee and requiring him to make additional findings ; and motion granted as to thirteenth and twenty-fifth requests to find, with costs to appellant on appeal from that order in the Supreme Court and this court; the case to be reheard in the Supreme Court upon such further findings and exceptions as may be made and on the case as settled, with costs of appeal from judgment to this court to abide event.

• All concur.

Ordered accordingly.